UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE SIMMONS,<br>    Plaintiff,<br><br>v.<br><br>PAUL K. BEARDSLEE, et al.,<br>    Defendants. | No. 1:21-cv-896<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: December 3, 2021          /s/ Paul L. Maloney
                      Paul L. Maloney
                      United States District Judge